**JUDGE HELLERSTEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HENGTONG SHIPPING DEVELOPMENT (HK)
CO. LTD.,

                Plaintiff,                08 Civ.

   - against -                          ECF CASE

THAN TINH CORP. d/b/a EROS EXPRESS CO. d/b/a
EROS EXPRESS & TRADING CO.,

                Defendant.
-------------------------------------------------------------- X



08 CV 5592

RECEIVED JUN 20 2008 U.S.D.C. S.D.N.Y. CASHIERS

**DISCLOSURE OF INTERESTED PARTIES**
**PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: June 20, 2008
       New York, NY

                        The Plaintiff,
                        HENGTONG SHIPPING DEVELOPMENT (HK)
                        CO. LTD.,

                        By: _____
                        Charles E. Murphy
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        (212) 490-6050 - phone
                        (212) 490-6070 - fax
                        cem@lenmur.com